| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> HLADIK, ONORATO & FEDERMAN, LLP <br> Danielle Boyle-Ebersole, Esquire <br> Attorney for Movant <br> 298 Wissahickon Avenue <br> North Wales, PA 19454 <br> 215-855-9521 <br> Attorney for Lakeview Loan Servicing, LLC | Order Filed on December 4, 2024 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br>    Craig J. Sickles <br>        *Debtor(s)* | Case No: 24-18811-CMG <br><br> Hearing Date: 12/04/2024 at 10:00AM <br><br> Chapter: 13 <br><br> Judge: Christine M. Gravelle |

### ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

DEBTOR: CRAIG J. SICKLES
CASE NO: 24-18811-CMG
CAPTION OF ORDER: ORDER RESOLVING OBJECTION TO CONFIRMATION

---

Upon the objection to confirmation of Debtor's Plan and Hladik, Onorato & Federman, LLP, Attorney for Lakeview Loan Servicing, LLC, appearing and, for cause shown, it is:

**ORDERED** as follows:

1. The objection to confirmation, filed on behalf of Lakeview Loan Servicing, LLC, is hereby resolved upon the condition that Debtor's Plan is hereby amended to provide for the following:

    a. The pre-petition arrears of Creditor's Secured Claim will be paid, in full, in the amount of $41,530.96.

2. The Creditor shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.

| /s/ Danielle Boyle-Ebersole | /s/Edward N. Vaisman |
|---|---|
| Danielle Boyle-Ebersole, Esquire | Edward Nathan Vaisman, Esquire |
| Attorney for Creditor, Lakeview Loan Servicing, LLC | Attorney for Debtor |