Order Filed on June 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ALBERTELLI LAW
By: Roger Fay, Esq., ID No. 60002014
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054
(856) 724-1888
File No. 25-004584
Attorneys for Movant: Lakeview Loan Servicing, LLC

In Re:

Craig J. Sickles

Case No.: 24-18811-CMG
Chapter 13

Hearing Date: May 21, 2025
Time: 9:00 a.m.

Judge: Christine M. Gravelle

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

# ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED.**

**DATED: June 9, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Secured Creditor: Lakeview Loan Servicing, LLC
Secured Creditor's Counsel: Albertelli Law
Debtor's Counsel: Edward Nathan Vaisman, Esquire
Property Involved (Collateral"): 1 Ramble Way, Hazlet, NJ 07730
Relief sought: ☒ Motion for relief from the automatic stay

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☒ The Debtor is overdue for 5 months, from December 1, 2024 to April 1, 2025.

☒ The Debtor is overdue for 5 payments at $4,474.60 per month.
Funds held in suspense: $3,050.80.

☐ The Debtor is assessed for ____ late charges at $______ per month.

☒ Secured Creditor acknowledges receipt of funds in the amount of $5,000.00 received after the motion was filed.

Total Arrearages Due: $19,322.20.

2. Debtor must cure all post-petition arrearages, as follows:

☒ Beginning on May 1, 2025, regular monthly mortgage payments shall continue to be made in the amount of $4,474.60.

☒ The amount of $19,322.20 shall be capitalized in the Debtor's Chapter 13 Plan. The Debtor shall file a Modified Plan within fifteen (15) days of entry of this Order.

---

3. Payments to the Secured Creditor shall be made to the following address:

☒ Regular monthly payment: Lakeview Loan Servicing, LLC
c/o Nationstar Mortgage LLC
P.O. Box 619094
Dallas, TX 75261-9741

4. In the event of Default:

☒ If the Debtor fails to modify his Plan within fifteen (15) days of entry of this Order, or fails to make any regular monthly mortgage payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of this Court.

Page (4)
Debtor: Craig J. Sickles
Case No.: 24-18811-CMG
Caption of Order: ORDER RESOLVING MOTION TO STAY WITH CONDITIONS

5. If the instant bankruptcy is dismissed, discharged or converted to a case under Chapter 7, this Stipulation shall be void and shall not be binding upon the parties.

6. Award of Attorney's Fees:

☒ The Secured Creditor is awarded attorney's fees of $500.00, and costs of $199.00.

The fees and costs are payable:

☒ through the Chapter 13 Plan.

☐ to the Secured Creditor within _____ days.

☐ Attorney's fees are not awarded.

*rev.1/12/22*