Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−18811−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig J. Sickles
   1 Ramble Way
   Hazlet, NJ 07730−1918

Social Security No.:
   xxx−xx−4148

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 9, 2024.

On September 21, 2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:          November 5, 2025
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 22, 2025
JAN: wdr


                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18811-CMG |
| Craig J. Sickles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 22, 2025 | Form ID: 185 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Craig J. Sickles, 1 Ramble Way, Hazlet, NJ 07730-1918 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520383773 | | 001 Debtorcc, Inc., 8260 NW 27th Street, Ste 401, Miami, FL 33122-1903 |
| 520383796 | + | nj ez pass customer service center, pob 52003, Newark, NJ 07101-8203 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2025 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2025 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520388556 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2025 21:55:30 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520413273 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2025 21:55:37 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520383775 | | Email/Text: ally@ebn.phinsolutions.com | Sep 22 2025 21:45:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 520383774 | | Email/Text: ally@ebn.phinsolutions.com | Sep 22 2025 21:45:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520427105 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2025 21:54:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520383776 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2025 22:06:45 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520383777 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2025 22:06:13 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520383779 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 22 2025 21:45:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520383778 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 22 2025 21:45:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520447884 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 22 2025 21:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520383780 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 21:54:36 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520383781 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 22 2025 21:54:33 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520396403 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 22 2025 22:06:28 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520383784 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2025 21:55:10 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520383785 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2025 22:07:10 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520383786 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2025 21:46:00 | Comenitybank/caesars, PO Box 182789, Columbus, OH 43218-2789 |
| 520383787 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2025 21:46:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520413169 | | Email/Text: mrdiscen@discover.com | Sep 22 2025 21:45:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520383788 | | Email/Text: mrdiscen@discover.com | Sep 22 2025 21:45:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520383789 | | Email/Text: mrdiscen@discover.com | Sep 22 2025 21:45:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520383790 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | Flagstar Bank NA, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520383791 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 22 2025 21:46:00 | Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520383792 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2025 21:45:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 520442380 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2025 21:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520422765 | + | Email/Text: RASEBN@raslg.com | Sep 22 2025 21:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520383793 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 22 2025 22:07:41 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520447966 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520551576 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | Lakeview Loan Servicing, LLC, c/o Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, c/o Mr. Cooper 75261-9096 |
| 520551575 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | Lakeview Loan Servicing, LLC, c/o Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520425516 | | Email/Text: bankruptcy@bbandt.com | Sep 22 2025 21:45:00 | LightStream, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520440545 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2025 21:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520405805 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2025 22:06:14 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520387434 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2025 21:46:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520387435 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2025 21:46:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520383795 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: 185 | Total Noticed: 59 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 22 2025 21:45:00 | New Jersey Division Of Taxation, Pob 245 Bankruptcy Section, Trenton, NJ 08695 |
| 520402362 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 22 2025 21:45:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520383797 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2025 22:07:40 | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520383798 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2025 22:07:54 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 520383799 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2025 22:07:00 | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520383800 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2025 22:06:30 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520383802 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2025 21:55:18 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520383801 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2025 22:06:29 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520383804 | + | Email/Text: bankruptcy@bbandt.com | Sep 22 2025 21:45:00 | Truist Bank, Attn: Bankruptcy Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 520383803 | | Email/Text: bankruptcy@bbandt.com | Sep 22 2025 21:45:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 520383806 | | Email/Text: opsdept@utcu.org | Sep 22 2025 21:45:00 | United Teletech Finance Fcu, Attn: Bankruptcy, 205 Hance Ave, Tinton Falls, NJ 07724-2764 |
| 520383805 | | Email/Text: opsdept@utcu.org | Sep 22 2025 21:45:00 | United Teletech Finance Fcu, 205 Hance Ave, Tinton Falls, NJ 07724-2764 |
| 520383807 | ^ | MEBN | Sep 22 2025 21:43:30 | United Whsle Mort, PO Box 77404, Ewing, NJ 08628-6404 |
| 520383808 | | Email/Text: LCI@upstart.com | Sep 22 2025 21:45:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 520383809 | | Email/Text: LCI@upstart.com | Sep 22 2025 21:45:00 | Upstart Network Inc/F, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 520383810 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 22 2025 22:06:45 | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 520383811 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 22 2025 22:06:48 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Fl 3, Des Moines, IA 50301 |
| 520383813 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 23 2025 02:59:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 520383812 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 22 2025 22:07:49 | Wells Fargo Jewelry Advantage, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520383783 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520383782 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520383794 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520435962 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |

District/off: 0312-3      User: admin      Page 4 of 4
Date Rcvd: Sep 22, 2025      Form ID: 185      Total Noticed: 59

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Danielle Boyle-Ebersole | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Nathan Vaisman | on behalf of Debtor Craig J. Sickles vaismanlaw@gmail.com Vaisman.EdwardB128387@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Roger Fay | on behalf of Creditor Lakeview Loan Servicing LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7