UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorney for LAKEVIEW LOAN SERVICING, LLC

**Order Filed on October 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    CRAIG J. SICKLES
       *(Debtor)*

Case No: 24-18811-CMG

Hearing Date:

Chapter: 13

Judge: CHRISTINE M. GRAVELLE

Recommended Local Form: ☐ Followed ☒ Modified

## ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: October 17, 2025

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the Certificate of Default of Hladik, Onorato & Federman, LLP, attorneys for LAKEVIEW LOAN SERVICING, LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

**1 RAMBLE WAY, HAZLET, NJ 07730**

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

**ORDERED,** that the Movant may join the Debtor and any trustee appointed in this case as defendants in its actions irrespective of any conversion to any other chapter of the Bankruptcy Code; and it is further

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the Motion.