UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorney for LAKEVIEW LOAN SERVICING, LLC

Order Filed on October 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    CRAIG J. SICKLES
       *(Debtor)*

Case No: 24-18811-CMG

Hearing Date:

Chapter: 13

Judge: CHRISTINE M. GRAVELLE

Recommended Local Form: ☐ Followed ☒ Modified

## ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 17, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the Certificate of Default of Hladik, Onorato & Federman, LLP, attorneys for LAKEVIEW

LOAN SERVICING, LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to

certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and

prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the

movant's rights in the following:

☒  Real Property more fully described as:

**1 RAMBLE WAY, HAZLET, NJ 07730**

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and

remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited

to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives,

including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any

purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement

of its right to possession of the property.

☐ Personal property more fully described as:

**ORDERED,** that the Movant may join the Debtor and any trustee appointed in this case as

defendants in its actions irrespective of any conversion to any other chapter of the Bankruptcy Code; and

it is further

The movant shall serve this order on the debtor, any trustee and any other party who entered an

appearance on the Motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 24-18811-CMG

Craig J. Sickles                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2

Date Rcvd: Oct 17, 2025                    Form ID: pdf903                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Craig J. Sickles, 1 Ramble Way, Hazlet, NJ 07730-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Lakeview Loan Servicing  LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Nathan Vaisman | on behalf of Debtor Craig J. Sickles vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Roger Fay | on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9