Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−18811−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Craig J. Sickles
  1 Ramble Way
  Hazlet, NJ 07730−1918

Social Security No.:
  xxx−xx−4148

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/5/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 5, 2025
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Craig J. Sickles  
    Debtor

Case No. 24-18811-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Nov 05, 2025      Form ID: 148      Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Craig J. Sickles, 1 Ramble Way, Hazlet, NJ 07730-1918 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520383773 | | 001 Debtorcc, Inc., 8260 NW 27th Street, Ste 401, Miami, FL 33122-1903 |
| 520383796 | + | nj ez pass customer service center, pob 52003, Newark, NJ 07101-8203 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520388556 | + | EDI: AISACG.COM | Nov 06 2025 01:45:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520413273 | + | EDI: AISACG.COM | Nov 06 2025 01:45:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520383775 | | EDI: GMACFS.COM | Nov 06 2025 01:45:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 520383774 | | EDI: GMACFS.COM | Nov 06 2025 01:45:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520427105 | | Email/PDF: bncnotices@becket-lee.com | Nov 05 2025 21:00:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520383776 | | Email/PDF: bncnotices@becket-lee.com | Nov 05 2025 21:00:44 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520383777 | | Email/PDF: bncnotices@becket-lee.com | Nov 05 2025 21:11:17 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520383779 | | EDI: BANKAMER | Nov 06 2025 01:45:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520383778 | | EDI: BANKAMER | Nov 06 2025 01:45:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520447884 | | EDI: BANKAMER | Nov 06 2025 01:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520383780 | | EDI: CAPITALONE.COM | Nov 06 2025 01:45:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520383781 | | EDI: CAPITALONE.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 06 2025 01:45:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520396403 | + | EDI: AIS.COM | | |
| | | | Nov 06 2025 01:45:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520383784 | | EDI: CITICORP | | |
| | | | Nov 06 2025 01:45:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520383785 | | EDI: CITICORP | | |
| | | | Nov 06 2025 01:45:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520383786 | | EDI: WFNNB.COM | | |
| | | | Nov 06 2025 01:45:00 | Comenitybank/caesars, PO Box 182789, Columbus, OH 43218-2789 |
| 520383787 | | EDI: WFNNB.COM | | |
| | | | Nov 06 2025 01:45:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520413169 | | EDI: DISCOVER | | |
| | | | Nov 06 2025 01:45:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520383788 | | EDI: DISCOVER | | |
| | | | Nov 06 2025 01:45:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520383789 | | EDI: DISCOVER | | |
| | | | Nov 06 2025 01:45:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520383790 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2025 20:50:00 | Flagstar Bank NA, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520383791 | | EDI: PHINAMERI.COM | | |
| | | | Nov 06 2025 01:45:00 | Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520383792 | | EDI: IRS.COM | | |
| | | | Nov 06 2025 01:45:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 520442380 | | EDI: JEFFERSONCAP.COM | | |
| | | | Nov 06 2025 01:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520422765 | + | Email/Text: RASEBN@raslg.com | Nov 05 2025 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520383793 | | EDI: JPMORGANCHASE | | |
| | | | Nov 06 2025 01:45:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520447966 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2025 20:50:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520551576 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2025 20:50:00 | Lakeview Loan Servicing, LLC, c/o Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, c/o Mr. Cooper 75261-9096 |
| 520551575 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2025 20:50:00 | Lakeview Loan Servicing, LLC, c/o Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520425516 | | Email/Text: bankruptcy@bbandt.com | Nov 05 2025 20:51:00 | LightStream, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520440545 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 05 2025 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520405805 | | EDI: PRA.COM | | |
| | | | Nov 06 2025 01:45:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520387434 | | EDI: Q3G.COM | | |
| | | | Nov 06 2025 01:45:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520387435 | | EDI: Q3G.COM | | |
| | | | Nov 06 2025 01:45:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520383795 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 05, 2025 | Form ID: 148 | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520402362 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 05 2025 20:50:00 | New Jersey Division Of Taxation, Pob 245 Bankruptcy Section, Trenton, NJ 08695 |
| | | | Nov 05 2025 20:50:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520383797 | + | EDI: SYNC | Nov 06 2025 01:45:00 | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520383798 | | EDI: SYNC | Nov 06 2025 01:45:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 520383799 | + | EDI: SYNC | Nov 06 2025 01:45:00 | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520383800 | | EDI: SYNC | Nov 06 2025 01:45:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520383802 | | EDI: SYNC | Nov 06 2025 01:45:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520383801 | + | EDI: SYNC | Nov 06 2025 01:45:00 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520383804 | + | Email/Text: bankruptcy@bbandt.com | Nov 05 2025 20:51:00 | Truist Bank, Attn: Bankruptcy Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 520383803 | | Email/Text: bankruptcy@bbandt.com | Nov 05 2025 20:51:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 520383806 | | Email/Text: opsdept@utcu.org | Nov 05 2025 20:50:00 | United Teletech Finance Fcu, Attn: Bankruptcy, 205 Hance Ave, Tinton Falls, NJ 07724-2764 |
| 520383805 | | Email/Text: opsdept@utcu.org | Nov 05 2025 20:50:00 | United Teletech Finance Fcu, 205 Hance Ave, Tinton Falls, NJ 07724-2764 |
| 520383807 | ^ | MEBN | Nov 05 2025 20:49:14 | United Whsle Mort, PO Box 77404, Ewing, NJ 08628-6404 |
| 520383808 | | Email/Text: UpStart@ebn.phinsolutions.com | Nov 05 2025 20:51:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 520383809 | | Email/Text: UpStart@ebn.phinsolutions.com | Nov 05 2025 20:51:00 | Upstart Network Inc/F, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 520383810 | | EDI: WFHOME | Nov 06 2025 01:45:00 | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 520383811 | | EDI: WFHOME | Nov 06 2025 01:45:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Fl 3, Des Moines, IA 50301 |
| 520383813 | | EDI: WFCCSBK | Nov 06 2025 01:45:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 520383812 | | EDI: WFHOME | Nov 06 2025 01:45:00 | Wells Fargo Jewelry Advantage, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520383783 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520383782 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520383794 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520435962 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Lakeview Loan Servicing  LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Nathan Vaisman | on behalf of Debtor Craig J. Sickles vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Roger Fay | on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9